# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH PEITZMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 8:09CV455 |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, ) | ORDER |
| ) | |
| Defendant. ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Discovery Deadlines (Doc. 35) is granted, and the final progression order (Doc. 24) is amended to provide as follows:

1. Motions for Summary Judgment shall be filed not later than February 18, 2011.

2. The deposition deadline is extended to February 18, 2011.

3. The Nonexpert Witnesses deadline is extended to April 19, 2011.

4. The Trial Exhibits list deadline is extended to May 13, 2011.

5. Motions in limine shall be filed not later than May 13, 2011.

6. The final pretrial conference is continued from March 28, 2011 **to May 16, 2011 at 9:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

7. Trial is continued from April 12, 2011 to the week of **June 21, 2011**, at the court's call, before District Judge Laurie Smith Camp.

**DATED October 29, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**